**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 19 EAL 2022

        Respondent                 :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

        v.                           :

                                     :

CHRISTIAN WILLIAMS,                :

                                     :

        Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 27th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.